UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-37176 |
|---|---|
| TONY B. SPELLS | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4094558**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 8/ 21 | MIAMI VALLEY MOTORS<br>% CBCS<br>5 W MONUMENT AVE<br>DAYTON, OH  45402 | 28.99 |
| 9/ 10 | FREE PIKE MEDICAL CENTER<br>CBCS<br>5 W MONUMENT AVE<br>DAYTON, OH  45402 | 2.10 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 8/23/2011

Certificate of Service          05-37176

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

TONY B. SPELLS
4317 ARDERY DRIVE
DAYTON, OH  45406

ERIC A STAMPS
3814 LITTLE YORK RD
DAYTON, OH  45414

(19.1n)
ANDREW A PAISLEY
4500 COURTHOUSE BLVD STE 400
STOW, OH  44224

(10.1)
FREE PIKE MEDICAL CENTER
CBCS
5 W MONUMENT AVE
DAYTON, OH  45402

(1028.1n)
GUY R HUMPHREY
65 E STATE ST
SUITE 1000
COLUMBUS, OH  43215

(1030.1n)
LEANN E COVEY
4500 COURTHOUSE BLVD
SUITE 400
STOW, OH  44224

(1026.1n)
MARY E KRASOVIC
MANLEY DEAS KOCHALSKI LLC
BOX 165208
COLUMBUS, OH  43216

(21.1)
MIAMI VALLEY MOTORS
% CBCS
5 W MONUMENT AVE
DAYTON, OH  45402

(25.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

(26.1n)
SELECT PORTFOLIO SERVICING INC
3815 SOUTHWEST TEMPLE
SALT LAKE CITY, UT  84115

Jeffrey M. Kellner BY          ___/s/ Jeffrey M. Kellner_____          sv